Joseph H. Marman, Esq. (SBN 129517)
Law Office of Joseph H. Marman
8421 Auburn Blvd., Suite 145
Citrus Heights, CA 95610-0394
(916) 721-3324
Fax    721-3633

Attorney for Defendant
JAN HARTSOUGH

FILED

JUN 27 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAN HARTSOUGH,<br><br>　　　　Defendant | **Case No. 2:13-mj-00005-CKD**<br><br>WAIVER OF PERSONAL APPEARANCE<br>[Fed.R.Crim.P. 43]<br><br>Date: April 25, 2013<br>Time: 9:30- am<br>Dept.: 24<br>Judge: Honorable Judge Delaney |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　　　WAIVER OF DEFENDANT'S PERSONAL PRESENCE

　　Pursuant to Federal Rules of Criminal.Procedure, § 43, defendant, JAN HARTSOUGH, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, further arraignments, motions hearings, entries of plea and status conferences. Defendant understands that her attorney will be attending future court appearances on her behalf without her presence.　　The defendant agrees that her interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were

Waiver of Appearance [Fed.R.Crim.P. 43]　　　　　　　　　　　　　　　　　　　　　　　Page 1

4/24/2013

personally present.    The defendant further acknowledges that she has been informed of ~~their~~ her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes ~~their~~ her attorney to set times and dates under that Act without their personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: April 25, 2013

_Jan Hartsough_
JAN HARTSOUGH, Defendant
(Original retained by attorney)

I concur in ~~Mr. Anderson~~ Mrs. Hartsough's decision to waive ~~his~~ her presence at future proceedings.

Dated: April 25, 2013                    Respectfully submitted,

Joseph H. Marman

Attorney at Law


/s/ Joseph H. Marman
Attorney for Defendant

IT IS SO ORDERED.

Dated: ~~April~~ , 2013
June 27

_Carolyn Delaney_
Judge Delaney
~~United States District Court~~
Carolyn K. Delaney
U.S. Magistrate Judge

---

Waiver of Appearance [Fed.R.Crim.P. 43]                                             Page 2
4/24/2013